# United States Bankruptcy Court
## Southern District of Mississippi

In re  Cedar Lake Wellness Facility, LLC                                    Case No.  16-51315
                              Debtor(s)                                      Chapter  7

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  Cedar Lake Wellness Facility, LLC  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Enlightened Fitness and Wellness, Inc.
1735 Richard Drive
Biloxi, MS 39532

☐ None [*Check if applicable*]

| | |
|---|---|
| August 5, 2016 | /s/ Douglas S. Draper |
| Date | Douglas S. Draper  #5073 |
| | Signature of Attorney or Litigant |
| | Counsel for  Cedar Lake Wellness Facility, LLC |
| | Heller, Draper, Patrick, Horn & Dabney, LLC |
| | 650 Poydras Street |
| | Suite 2500 |
| | New Orleans, LA 70130 |
| | 504-299-3300 Fax:504-299-3399 |
| | ddraper@hellerdraper.com |