# Proceeding Minutes / Proceeding Memo

*Case #:* 16-51315  *Case Name:* Cedar Lake Wellness Facility, LLC
*Set:* 08/25/2016 09:00 am  *Chapter:* 7  *Type:* bk  *Judge:* Katharine M. Samson
*matter* Motion to Strike (RE: related document(s) 1 Voluntary Petition (Chapter 7)). Filed by Creditor Trustmark National Bank (Attachments: # 1 Exhibit A: Mississippi Bar Directory) (Dkt. #10)

Minute Entry Re: (related document(s): [10] Motion to Strike filed by Trustmark National Bank) Meredith to submit Order due by 09/08/2016; called in by Meredith. (ccannette)